UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO. 2:15-cr-86-FtM-38CM

DORIAN GARCIA

### FORFEITURE MONEY JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves for a forfeiture money judgment in the amount of $3,108,734.52, representing the proceeds he obtained as the result of the wire fraud scheme as charged in count one, and a preliminary order of forfeiture for the following assets:

a. $10,000 that was paid to the law firm Arnold & Porter LLP by the defendant, through DG Wealth Management's account at Wells Fargo Bank. On or about January 28, 2015, these funds were paid as a retainer, and the funds constituted proceeds traceable to the wire fraud scheme perpetrated by the defendant;

b. The following artwork, generally described below, which was purchased with funds traceable to proceeds of the wire fraud scheme:

   i. Giraffe on Aqua – Oil on canvas by Ransley;

   ii. Pelican on Blue – Oil on canvas by Ransley;

   iii. Galloping Horse on Yellow – Oil on canvas by Ransley;

   iv. Jesters – by Cecile Moran; and

   v. Celestial Dream – Oil on Board (25 x 40) by Henry Asencio.

Being fully advised of the relevant facts, the Court finds that the defendant pleaded guilty to wire fraud in violation of 18 U.S.C. § 1343, as charged in count one of the Information, and the Court adjudged him guilty of that offense. As a result of the wire fraud scheme charged in count one, the defendant obtained $3,108,734.52 in proceeds. The Court further finds that the United States has established the required nexus between the assets sought for forfeiture and the offense of conviction.

Accordingly, it is **ORDERED** that for good cause shown, the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, Dorian Garcia is liable to the United States of America for a forfeiture money judgment in the amount of $3,108,734.52.

It is **FURTHER ORDERED** that pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are FORFEITED to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

In accordance with Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 3, p. 6), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to effect the forfeiture and disposition of the assets described above and any property belonging to the defendant that the

government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

    **DONE** and **ORDERED** in Fort Myers, Florida, on August 10, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record