UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 2:15-cr-86-FtM-38CM

DORIAN GARCIA

### **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

a. $10,000 that was paid to the law firm Arnold & Porter LLP by the defendant, through DG Wealth Management's account at Wells Fargo Bank.  On or about January 28, 2015, these funds were paid as a retainer, and the funds constituted proceeds traceable to the wire fraud scheme perpetrated by the defendant;

b. The following artwork, generally described below, which was purchased with funds traceable to proceeds of the wire fraud scheme:

   i.    Giraffe on Aqua – Oil on canvas by Ransley;

   ii.   Pelican on Blue – Oil on canvas by Ransley;

   iii.  Galloping Horse on Yellow – Oil on canvas by Ransley;

   iv.   Jesters – by Cecile Moran; and

   v.    Celestial Dream – Oil on Board (25 x 40) by Henry Asencio.

On February 24, 2015, the Court entered a $3,108,734.52 Forfeiture Money Judgment and a Preliminary Order of Forfeiture for the funds and artwork described above, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Doc. 17.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from October 7, 2015 through November 5, 2015.  Doc. 28.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

The only individual other than the defendant who is known to have a potential interest in above-described assets is Nancy Garcia, the defendant's wife (who agreed to the forfeiture).

No other third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the funds and artwork identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this <u>8th</u> day of December, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record