UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.   2:15-cr-86-FtM-38CM

DORIAN GARCIA

## STIPULATED MOTION REGARDING RESTITUTION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and with the consent of the defendant, respectfully requests the Court order the defendant to repay restitution of $5,318,052.02 and to amend the Judgment (Doc. 44) to reflect that Order. The United States, with the consent of the defendant, also requests the Court cancel any further hearings with respect to this case. The United States provides the following support of the motion:

1. This matter is presently set for a restitution hearing on June 28, 2016 at 4:00 PM.

2. On March 14, 2016, the Court sentenced the defendant to a term of incarceration followed by a term of supervised release. Doc. 44. The Court also ordered the defendant to forfeit certain assets, to pay a forfeiture money judgment, to pay a $100 special assessment and to pay full restitution to the victims of the offense. *Id.* This motion and the attached Stipulation (Exhibit 1) addresses the full restitution owed by the defendant to the victims of the offense.

3. The parties agree, as reflected by the Stipulation attached as Exhibit 1, that the victims in this case are owed restitution of $5,318,052.02. A redacted copy of the victims' names and amounts of restitution owed is attached as Attachment 1 to Exhibit 1. The parties agree that Attachment 1 accurately reflects the amount of

restitution owed by the defendant to each victim in this case. Attachment 2 to Exhibit 1 is a list of each victims' initials and restitution owed by the defendant.

4. The United States requests permission to provide an un-redacted copy of Attachment 1 and a list containing the contact information for each listed victim to the Clerk of the Court and requests that such personal information be maintained under seal by the Clerk.

5. As evidenced by his signature on the Stipulation, Exhibit 1, the defendant agrees to be liable for restitution of $5,318,052.02 to the victims of the offense listed in Attachment 1.

6. At sentencing, the defendant expressed a desire to be present at any restitution hearing. Doc. 44. However, as confirmed by his signature on Exhibit 1, the defendant no longer wishes to be present at any such hearing and agrees no hearing is necessary.

7. The parties request the Court adopt the stipulation, amend the Judgment (Doc. 44) to reflect $5,318,052.02 in restitution owed, cancel all further proceedings in this case and direct the Clerk of the Court to accept an un-redacted victim list and a contact list from the United States and to keep the information under seal.

WHEREFORE, the United States respectfully request the Court order restitution of $5,318,052.02, amend the judgment, cancel further proceedings in this case and Order other such relief as the Court deems appropriate.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

June 21, 2016      By: _____
Date                    DAVID G. LAZARUS
Assistant United States Attorney
USA NO. 135
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:  (239) 461-2200
Facsimile:  (239) 461-2219
Email:  David.Lazarus2@usdoj.gov

**U.S. v. DORIAN GARCIA**     Case No.: 2:15-cr-86-FtM-38CM

### Certificate of Service

I hereby certify that on June 21, 2016, a true and correct copy of the foregoing was served via e-mail, to the following:

Douglas Molloy, Esq.

                                          */s David G. Lazarus*
                                          David G. Lazarus
                                          Assistant United States Attorney