EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO.   2:15-cr-86-FtM-38CM

DORIAN GARCIA

### STIPULATION OF THE PARTIES REGARDING RESTITUTION OWED

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, Dorian Garcia, by and through his counsel, Douglas Molloy, Esq., and hereby enter into this stipulation requesting the Court order the defendant to repay restitution of $5,318,052.02 and to amend the Judgment (Doc. 44) to reflect that order. The parties also request the Court cancel any further hearings with respect to this case. The parties state and agree as follows:

1. This matter is presently set for a restitution hearing on June 13, 2016 at 11:30 AM.

2. On March 14, 2016, the Court sentenced the defendant to a term of incarceration followed by a term of supervised release. Doc. 44. The Court also ordered the defendant to forfeit certain assets, to pay a forfeiture money judgment, to pay a $100 special assessment and to pay full restitution to the victims of the offense. *Id.* This stipulation addresses the full restitution owed by the defendant to the victims of the offense.

3. The parties agree, as reflected by their signatures below, that the victims in this case are owed restitution of $5,318,052.02. A copy of the victims' names and amounts of restitution owed is attached as Attachment 1 and incorporated herein as

Defendant's Initials: DG

though set forth below. The parties agree that Attachment 1 accurately reflects the amount of restitution owed by the defendant to each victim in this case.

4. The parties agree that the United States shall provide a copy of Attachment 1 and also provide the contact information for each listed victim to the Clerk of the Court.

5. The defendant agrees to be liable for restitution of $5,318,052.02 to the victims of the offense listed in Attachment 1.

6. At sentencing, the defendant expressed a desire to be present at any restitution hearing. Doc. 44. However, as confirmed by his signature below, the defendant no longer wishes to be present at any such hearing and agrees no hearing is necessary.

7. The parties request the Court adopt this stipulation, amend the Judgment (Doc. 44) to reflect $5,318,052.02 in restitution owed, and cancel all further proceedings in this case.

WHEREFORE, the parties respectfully request the Court order restitution of $5,318,052.02, amend the judgment and cancel further proceedings in this case.

Respectfully submitted and agreed,

A. LEE BENTLEY, III
United States Attorney

June 6, 2016    By: _____
Date                 DAVID G. LAZARUS
                     Assistant United States Attorney
                     USA NO. 135
                     2110 First Street, Suite 3-137
                     Fort Myers, Florida 33901
                     Telephone: (239) 461-2200
                     Facsimile: (239) 461-2219
                     Email: David.Lazarus2@usdoj.gov

Defendant's Initials: DL            2

                                              DORIAN GARCIA
                                              Defendant

6-15-16                 By:     */s/ Dorian Garcia*
Date                                   DORIAN GARCIA
                                              Defendant

6/21/16                          */s/ Douglas Molloy*
Date                                   DOUGLAS MOLLOY, ESQ.
                                              Attorney for Dorian Garcia
                                              Molloy Law
                                              1411 Bayview Court
                                              Fort Myers, FL 33901
                                              (239) 362-3194- telephone
                                              (239) 362-3248- facsimile
                                              Email: douglasmolloy@molloylaw.net
                                              Fla. Bar No. 0316717