UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                             CASE NO: 2:15-cr-86-FtM-38CM

DORIAN GARCIA

### ORDER

This matter comes before the Court on the Stipulated Motion Regarding Restitution (Doc. #60) filed on June 21, 2016. The Government indicates the parties have reached an agreement as to the amount of restitution to be paid to the victims in this case. The Defendant has signed the stipulation indicating he is liable for $5,318,052.02. As such, the Government seeks to cancel any further proceedings and amend the judgment to include the stipulate amount of restitution. The Government further requests permission to provide an unredacted copy of victims' names and contact information to the Clerk of the Court and requests this information be maintained under seal. Having considered the motion, the Court will adopt the Stipulation as outlined below.

Accordingly, it is now

**ORDERED:**

1) The Stipulated Motion Regarding Restitution (Doc. #60) is **GRANTED** and adopted by the Court.

2) The Clerk of Court is directed to cancel any further proceedings in this matter.

3) The Clerk of Court is further directed to amend the judgment to include the stipulated amount of restitution. Any documentation provided to the Clerk of

Court containing victims' names and contact information is to be maintained under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this June 23, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record